IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELIZABETH PINCKNEY, EXECUTOR OF THE ESTATE OF CALLAN PINCKNEY, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>CALLANETICS MANAGEMENT COMPANY, INC. AND PATRICIA KLEIN, <br><br>　　　　Defendants. | § § § § § § § § § § § § Case No. 4:11-cv-0087 JRH GRS |

## ORDER

HAVING READ AND REVIEWED Plaintiff's Motion for Leave to File Documents Under Seal, said Motion is hereby GRANTED and Plaintiff is directed to file the documents identified in the Motion under seal with this Court.

IT IS SO ORDERED this 25th day of February, 2013

　　　　　　　　　　　　　　　　　Magistrate Judge /s/ G. R. Smith
　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　For the Southern District of Georgia
　　　　　　　　　　　　　　　　　Savannah Division